# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| National Association for Stock Car Auto Racing, Inc., et al**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00104-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Various John and Jane Does, et al**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 23, 2013 Order.

January 23, 2013

*(signature)*
Frank G. Johns, Clerk
United States District Court